IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANTOS MARTIN MEJIA-ORDONEZ,

    Petitioner,

v.

FNU LNU, Warden, Otero County Processing Center; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; COREY A. PRICE, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; and PAMELA JO BONDI, United States Attorney General, in their official capacities,

    Respondents.

Civil No. 2:25-cv-01221-MIS-KRS

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Petition for Writ of Habeas Corpus filed on December 8, 2025, ECF No. 1. Therein, Petitioner requests the Court issue an order to show cause to Respondents pursuant to 28 U.S.C. § 2243. *Id.* at 4, 8.

**IT IS ORDERED** that Petitioner effectuate service on Respondents, including serving copies of this Order and the Petition on Respondents, and file a certificate of service on the record.

**IT IS FURTHER ORDERED** that Respondents **SHOW CAUSE** within three (3) days of service of this Order and the Petition why the Petition should not be granted.

**IT IS FINALLY ORDERED** that Petitioner may file a reply brief within fourteen (14) days after the Respondents' response to this Order and the Petition is filed.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE