## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

SANTOS MARTIN MEJIA-ORDONEZ,

      Petitioner,

v.

FNU LNU, Warden, Otero County                Civil No. 2:25-cv-01221-MIS-KRS
Processing Center; UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; COREY A. PRICE,
Acting Director, United States Immigration
and Customs Enforcement; KRISTI
NOEM, Secretary of Homeland Security;
and PAMELA JO BONDI, United States
Attorney General, in their official
capacities,

      Respondents.

### <u>ORDER OF REFERENCE</u>

    In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed.*

*Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to the Magistrate

Judge to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal

analysis required to recommend to the Court an ultimate disposition of the case.[1]

    The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and

recommended disposition, to the District Judge assigned to the case, with copies provided to the

parties.

    The parties will be given the opportunity to object to the proposed findings, analysis, and

disposition as described in 28 U.S.C. § 636(b)(1).

---

[1]     The Parties are reminded that they may consent to the Magistrate Judge at any time by submitting Form AO 85.

Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE